Certificate Number: 16339-PAE-DE-040586217

Bankruptcy Case Number: 20-14623



16339-PAE-DE-040586217

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>February 4, 2026</u>, at <u>11:23</u> o'clock <u>PM EST</u>, <u>Letasha Gainey</u> completed a course on personal financial management given <u>by telephone</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>February 4, 2026</u>          By:    <u>/s/Kris Krumal</u>

                                        Name:  <u>Kris Krumal</u>

                                        Title: <u>Certified Financial Counselor</u>