**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In Re:** | **Chapter 13** |
|     **LETASHA  S. GAINEY** | |
| | **Case No.20-14623-DJB** |
| **Debtor** | |

## NOTICE OF COMPLETION OF PLAN PAYMENTS

Kenneth E. West, Standing Chapter 13 Trustee, files this notice pursuant to Local Bankruptcy Rule 4004-3 of the United States Bankruptcy Court for the Eastern District of Pennsylvania.

The Trustee reports to the Court that the above-named Debtor(s) has/have completed all Trustee payments under the confirmed Chapter 13 plan.

Respectfully submitted,

Date: March 18, 2026                    By:  */s/ Kenneth E. West*
                                            Kenneth E. West, Esquire, Chapter 13 Trustee
                                            190 N. Independence Mall West
                                            Suite 701
                                            Philadelphia, PA  19106
                                            (215) 627-1377 (Phone)