United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 20-14623-djb

Letasha S. Gainey | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Mar 19, 2026 | Form ID: 138OBJ | Total Noticed: 27 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^        Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Letasha S. Gainey, 7322 E. Walnut Lane, Philadelphia, PA 19138-1332 |
| 14565595 | + | Clerk of Courts, Adult Probation, 1401 Arch Street, 1st Floor, Philadelphia, PA 19102-1525 |
| 14565596 | | Commonwealth of PA, Bureau Of Driver Licenses, D.O.T., PO Box 8693, Harrisburg, PA 17105 |
| 14565606 | + | Justin L. Beard, 112 Knoll Drive, Collegeville, PA 19426-1657 |
| 14565607 | + | Montgomery County DRS, 1 Montgomery Plaza, P.O. Box 311, Norristown, PA 19404-0311 |
| 14565608 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14565609 | + | Philadelphia Co Drs, 34 S 11th St Rm 304, Philadelphia, PA 19107-3623 |
| 14565611 | + | Philadelphia Traffic Court, Hon. Gary Glazer, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 20 2026 01:46:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 20 2026 01:46:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14565592 | | Email/Text: megan.harper@phila.gov | Mar 20 2026 01:46:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14565593 | | Email/Text: megan.harper@phila.gov | Mar 20 2026 01:46:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14565590 | + | Email/Text: ecf@ccpclaw.com | Mar 20 2026 01:45:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14565594 | + | Email/Text: bankruptcy@philapark.org | Mar 20 2026 01:46:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14565597 | + | Email/Text: bankruptcy@consumerportfolio.com | Mar 20 2026 01:46:00 | Consumer Portfolio Services, Inc., Attn: Bankruptcy, PO Box 57071, Irvine, CA 92619-7071 |
| 14565598 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 20 2026 01:46:00 | Credit Collection Services, Attm: Bankruptcy, 725 Canton Street, Norwood, MA 02062-2609 |
| 14565599 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Mar 20 2026 01:46:00 | Department of Education/582/Nelnet, Attn: Bankruptcy, PO Box 82561, Lincoln, NE 68501-2561 |
| 14565600 | + | Email/Text: dmcco.vbaspl@va.gov | Mar 20 2026 01:45:00 | Dept. of Veterans Affairs, Debt. Management Center, P.O. Box 11930, Saint Paul, MN 55111-0930 |
| 14568191 | | Email/Text: dmcco.vbaspl@va.gov | Mar 20 2026 01:45:00 | Dept. of Veterans Affairs, Debt. Management Center, P.O. Box 11930, Saint Paul, MN 55111, |

District/off: 0313-2                    User: admin                                                    Page 2 of 3

Date Rcvd: Mar 19, 2026                 Form ID: 138OBJ                                         Total Noticed: 27

| Recip ID | | | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | St. Paul, MN 55111-0930 |
| 14565601 | + | Email/Text: ECMCBKNotices@ecmc.org | Mar 20 2026 01:46:00 | ECMC, Attn: Bankruptcy, 111 Washington Ave South, Ste 1400, Minneapolis, MN 55401-6800 |
| 14565602 | | Email/Text: bankruptcycourts@equifax.com | Mar 20 2026 01:45:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14565603 | ^ | MEBN | Mar 20 2026 01:42:53 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14565604 | + | Email/Text: bankruptcy@fco.com | Mar 20 2026 01:45:00 | Fair Collection Outsourcing, Attn: Bankruptcy Dept., 12304 Baltimore Avenue, Ste E, Bellsville, MD 20705-1314 |
| 14565605 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 20 2026 01:45:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14565610 | + | Email/Text: bankruptcy@philapark.org | Mar 20 2026 01:46:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14565612 | | Email/Text: DASPUBREC@transunion.com | Mar 20 2026 01:45:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14565613 | + | Email/Text: ECMCBKNotices@ecmc.org | Mar 20 2026 01:46:00 | U.S Dept of Education, Ecmc/Bankruptcy, P.O. Box 16408, Saint Paul, MN 55116-0408 |

TOTAL: 19

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14565591 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2026                          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Letasha S. Gainey help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | |

District/off: 0313-2                              User: admin                                    Page 3 of 3
Date Rcvd: Mar 19, 2026                          Form ID: 138OBJ                                Total Noticed: 27

USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 3

*Form 138OBJ* (6/24)–doc 42 – 41

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                           )

    Letasha S. Gainey            )         Case No. 20–14623–djb

                           )

                           )

    Debtor(s).                 )         Chapter: 13

                           )

                           )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: March 19, 2026                                  For The Court

                                                  Mohung Wong
                                                  Clerk of Court